**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2202**

In re:  BRANDON PICKENS,

        Petitioner.

On Petition for Writ of Mandamus.  (1:22-cv-00102-MR)

Submitted:  February 16, 2023            Decided:  February 21, 2023

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and FLOYD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Brandon Michael Pickens, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Pickens petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2254 petition.  Pickens seeks an order from this court directing the district court to act.  Review of the district court's docket confirms, though, that there has been no undue delay by the district court.  And while Pickens relies on the time limitations set forth in 28 U.S.C. § 2266(b)(1)(A) ("A district court shall render a final determination and enter a final judgment on any application for a writ of habeas corpus brought under this chapter in a capital case not later than 450 days after the date on which the application is filed, or 60 days after the date on which the case is submitted for decision, whichever is earlier"), this provision is inapplicable because Pickens is challenging the imposition of a prison disciplinary sanction, and nothing in the available materials suggests that he is serving a death sentence.  Accordingly, we deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*